RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SEAN A. MCCLELLAND
Assistant Federal Public Defender
Nevada State Bar No. 16581
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Sean_McClelland@fd.org

Attorney for SAUL NOLASCO

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAUL NOLASCO,<br>BOBBY JO KISSEL,<br>MARIA VALENZUELA,<br>and<br>XOCHITL MICHEL SANCHEZ-PACHECO<br><br>Defendants. | Case No. 3:23-cr-00032-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE SENTENCING HEARING (SECOND REQUEST)** |
|---|---|

IT IS HEREBY STIPULATED AND AGREED, by and between Federal Public Defender Rene L. Valladares, Assistant Federal Public Defender SEAN A. MCCLELLAND, counsel for SAUL NOLASCO, JANICE HUBBARD, counsel for BOBBY JO KISSEL, JENNIFER MAYHEW, counsel for MARIA VALENZUELA, LEAH WIGREN, counsel for XOCHITL MICHEL SANCHEZ-PACHECO, United States Attorney Jason M. Frierson, and Assistant United States Attorney ANDOLYN JOHNSON, counsel for the United States of

America, that the Sentencing hearings in this case currently scheduled for January 22, 2025 at be vacated and continued to February 25, 2025 as follows:

  Saul Nolasco continued to **February 25, 2025, at 9:00 AM;**

  Xochitl Michel Sanchez-Pacheco continued to **February 25, 2025, at 9:30 AM;**

  Maria Valenzuela continued to **February 25, 2025, at 10:00 AM;**

  Bobby Jo Kissel continued to **February 25, 2025, at 10:30 AM.**

The Stipulation to continue is entered into for the following reasons:

The continuance is necessary for the following reasons:

  1. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

  2. Counsel requests this additional time in order to allow adequate time to research sentencing issues and to prepare for the sentencing hearing.

  3. Defendants Saul Nolasco, and Bobby Jo Kissel are currently on bond and consent to the continuance.

  4. Defendants Maria Valenzuela, and Xochitl Michel Sanchez-Pacheco are currently detained and consent to the continuance.

  5. The defendants were informed that this continuance will allow defense counsel to continue to gather documents in support of the hearing and provide continuity of counsel.

This is the second stipulation to continue filed herein.

DATED this 31st day December, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By: */s/Sean A. McClelland*<br>   SEAN A. MCCLELLAND<br>   Assistant Federal Public Defender<br>   Counsel for Saul Nolasco | By: */s/Andolyn Johnson*<br>   ANDOLYN JOHNSON<br>   Assistant United States Attorney<br>   Counsel for United States |

By: */s/Janice Hubbard*
   JANICE HUBBARD
   Counsel for Bobby Jo Kissel

By: */s/Jennifer Mayhew*
   JENNIFER MAYHEW
   Counsel for MARIA VALENZUELA

By:  */s/Leah Wigren*
   LEAH WIGREN
   Counsel for XOCHITL MICHEL SANCHEZ-PACHECO

3

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Sentencing Hearings in this case currently scheduled for January 22, 2025 will be vacated and continued to February 25, 2025 as follows:

Saul Nolasco continued to **February 25, 2025, at 9:00 AM;**

Xochitl Michel Sanchez-Pacheco continued to **February 25, 2025, at 9:30 AM;**

Maria Valenzuela continued to **February 25, 2025, at 10:00 AM;**

Bobby Jo Kissel continued to **February 25, 2025, at 10:30 AM.**

DATED this 2nd day of January 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE